CAROLYN HOECKER LUEDTKE (SBN 207976)
Carolyn.Luedtke@mto.com
YOHANCE C. EDWARDS (SBN 237244)
Yohance.Edwards@mto.com
KIMBERLEY A. MORRIS (SBN 255307)
Kimberley.Morris@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
DAVID C. LACHMAN (SBN 261711)
David.Lachman@mto.com
MUNGER, TOLLES & OLSON
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendant
Playdom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zynga Game Network, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Playdom, Inc.,<br><br>　　　　　　　Defendant. | CASE NO. CV-09-02748<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING [1] TIME TO RESPOND TO COMPLAINT AND [2] SCHEDULE FOR CASE MANAGEMENT CONFERENCE |

　　　　Pursuant to Civil Local Rule 6-2, Plaintiff Zynga Game Network, Inc. and Defendant Playdom, Inc., by and through their respective counsel of record, hereby declare and stipulate as follows:

　　　　WHEREAS, Plaintiff filed a Complaint on June 19, 2009, and served the Complaint on Defendant on October 19, 2009;

1    WHEREAS, the current date for Defendant to answer or otherwise respond to the
2  Complaint is November 9, 2009;
3    WHEREAS, in order to evaluate its response to the Complaint, Defendant has
4  requested, and Plaintiff has agreed, that Defendant may have an additional 30 days, through and
5  including December 9, 2009, within which to answer or otherwise respond to the Complaint;
6    WHEREAS, a Case Management Conference ("CMC") is set for November 17,
7  2009, at 1:30 p.m., pursuant to the Court's September 18, 2009 Order;
8    WHEREAS, a joint CMC statement is currently due on or before November 10,
9  2009;
10    WHEREAS, the Parties believe that, in the interests of case management and
11  efficiency, the date for the CMC should be continued by approximately 30 days, so that the CMC
12  takes place after Defendant files an answer or other response to the Complaint;
13    WHEREAS, the Court's Deputy Clerk has indicated that the Court would be
14  available to conduct a CMC with counsel on January 6, 2010, at 1:30 p.m.;
15    WHEREAS, if the CMC is on, the Parties will be ready to file a joint CMC
16  statement by December 16, 2009;
17    WHEREAS, the Parties believe that the modifications to the schedule as set forth
18  herein will not materially affect the overall schedule for the case; and
19    WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties disclose that there
20  has been one previous time modification in this case, namely, the Court's September 18, 2009
21  Order continuing the date for the CMC, because Plaintiff had not served Defendant with the
22  Complaint;
23    ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:
24    [1]   Defendant shall answer or otherwise respond to the Complaint on or before
25  Wednesday, December 9, 2009.
26    [2]   The Initial Case Management Conference, currently on calendar for
27  November 17, 2009, shall instead be calendared for January 6, 2010.
28

30

1       [3]    The Parties' joint CMC Statement shall be filed on or before December ~~1~~6,
2009.

DATED: November 6, 2009             QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By:   */s/ Everette Pennypoacker*
        EVETTE PENNYPACKER*

Attorneys for Plaintiff

DATED: November 6, 2009             MUNGER, TOLLES & OLSON LLP

By:   */s/ Carolyn Hoecker Luedtke*
        CAROLYN HOECKER LUEDTKE

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

DATED:   November 9, 2009

_____
Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

\*    Electronically signed by Defendant's counsel with the concurrence of Plaintiff's counsel. N.D. Cal. G.O. 45 ¶ X.B.

9156487.1         - 3 -         STIPULATION AND [PROPOSED] ORDER