QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Justin B. Barnard (Bar No. 261660)
  justinbarnard@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff
Zynga Game Network Inc.

MUNGER, TOLLES & OLSON LLP
  Carolyn Hoecker Luedtke (Bar No. 207976)
  Carolyn.Luedtke@mto.com
  Kimberley A. Morris (Bar No. 255307)
  Kimberley.Morris@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

  Kelly M. Klaus (Bar No. 161091)
  Kelly.Klaus@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
Playdom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zynga Game Network Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Playdom, Inc. <br><br> Defendant. | CASE NO. CV 09 2748 (EMC) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Local Rule 6-2, Plaintiff Zynga Game Network Inc. and Defendant Playdom,
2 Inc., by and through their respective counsel of record, hereby stipulate to continue the Case
3 Management Conference scheduled for April 21, 2010.

4  1.  Reason for the Request

5  At the initial Case Management Conference in this matter on January 6, 2010, the Court
6 scheduled a follow-up conference for April 21, 2010.  In light of communications at the parties'
7 April 6, 2010 mediation, the parties request that the follow-up Case Management Conference be
8 continued by thirty-five (35) days, to May 26, 2010, at 1:30 p.m.  Counsel believe that a continuance
9 of approximately thirty (30) days is appropriate.  Thirty days from April 21, 2010 would be Friday,
10 May 21.  However, the Court's Calendar Information indicates that Case Management Conferences
11 are held on Wednesday, and counsel for Defendant is not available May 19-21.  Accordingly, the
12 parties have agreed to request a continuation to May 26, 2010.

13  The parties will file a supplemental joint Case Management Conference statement, updating
14 the Court on any developments, by May 19, 2010.

15  2.  Prior Time Modifications

16  There have been two prior time modifications.  On September 18, 2009, the Court granted
17 Plaintiff's motion to continue the initial Case Management Conference, resetting the conference for
18 November 17, 2009.  On November 9, 2009, pursuant to stipulation by the parties, the Court reset
19 the initial Case Management Conference for January 6, 2010.

20  3.  Effect of Requested Modification

21  The requested modification will have no effect on the rest of the schedule in this action.
22  So Stipulated.
23  NOW, THEREFORE, the parties to this action, through their respective counsel of record,
24 AGREE AND HEREBY STIPULATE, if agreeable to the Court, to continue the Case
25 Management Conference for thirty-five (35) days, until May 26, 2010 at ~~1:30 p~~.m. [2:30 p.m.]  The parties will
26 submit a supplemental joint Case Management Conference statement, updating the Court on any
27 developments, by May 19, 2010.
28

-2-  CASE NO. CV 09 2748 (EMC)
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

DATED:  April 14, 2010         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/
   Justin B. Barnard
   Attorneys for Plaintiff
   ZYNGA GAME NETWORK INC.

DATED:  April 14, 2010         MUNGER, TOLLES & OLSON LLP

By   /s/
   Kelly M. Klaus
   Attorneys for Defendant
   PLAYDOM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 20, 2010

Hon. _____
United _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-3-    CASE NO. CV 09 2748 (EMC)
JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  I, Justin B. Barnard, am the ECF User whose ID and password are being used to file this Joint
2  Stipulation and [Proposed] Order to Continue Case Management Conference.  In compliance with
3  General Order 45, X.B., I hereby attest that Kelly M. Klaus, counsel for Defendant Playdom, Inc.,
4  has concurred in this filing.

DATED:  April 14, 2010                    QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          By     /s/
                                              Justin B. Barnard
                                              Attorneys for Plaintiff
                                              ZYNGA GAME NETWORK INC.