1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2      claudestern@quinnemanuel.com
   Gabriel S. Gross (Bar No. 254672)
3      gabegross@quinnemanuel.com
   Igor Piryazev (Bar No. 253149)
4      igorpiryazev@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7  Attorneys for Plaintiff
   Zynga Game Network Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zynga Game Network Inc., | CASE NO. CV 09 2748 (EMC) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| Playdom, Inc. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November 12, 2010     CLAUDE M. STERN
                             QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
    CLAUDE M. STERN

Attorneys for Plaintiff
Zynga Game Network Inc.

DATED: November ____, 2010    CAROLYN HOECKER LUETDKE
                              MUNGER, TOLLES & OLSON LLP

By: _____
    CAROLYN HOECKER LUETDKE

Attorneys for Defendant
Green Patch, Inc.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November ___, 2010

CLAUDE M. STERN
QUINN EMANUEL URQUHART & SULLIVAN LLP


By: _____
              CLAUDE M. STERN

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

DATED: November 16, 2010

CAROLYN HOECKER LUEDTKE
MUNGER, TOLLES & OLSON LLP


By: _____
              CAROLYN HOECKER LUEDTKE

Attorneys for Defendant
PLAYDOM, INC.

1 | I, Gabriel S. Gross, am the ECF User whose identification and password are being used to
2 | file this document. Pursuant to General Order 45.X.B, I hereby attest that Claude M. Stern and
3 | Carolyn Hoecker Luedtke have concurred in this filing.