1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Claude M. Stern (Bar No. 96737)
2      claudestern@quinnemanuel.com
   Gabriel S. Gross (Bar No. 254672)
3      gabegross@quinnemanuel.com
   Igor Piryazev (Bar No. 253149)
4      igorpiryazev@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
6  Facsimile: (650) 801-5100

7  Attorneys for Plaintiff
   Zynga Game Network Inc.
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12
13  Zynga Game Network Inc.,                    CASE NO. CV 09 2748 (EMC)

14                  Plaintiff,                  **STIPULATION OF DISMISSAL
                                                ORDER**
15         v.

16  Playdom, Inc.

17                  Defendant.

18
19
20
21
22
23
24
25
26
27
28

                                                          Case No. CV 09 2748 (EMC)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November 12, 2010        CLAUDE M. STERN
                                QUINN EMANUEL URQUHART & SULLIVAN LLP

                                By: /s/ Claude M. Stern
                                    CLAUDE M. STERN

                                Attorneys for Plaintiff
                                Zynga Game Network Inc.

DATED: November ___, 2010       CAROLYN HOECKER LUETDKE
                                MUNGER, TOLLES & OLSON LLP

                                By: _____
                                    CAROLYN HOECKER LUETDKE

                                Attorneys for Defendant
                                Green Patch, Inc.

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November ___, 2010    CLAUDE M. STERN
QUINN EMANUEL URQUHART & SULLIVAN LLP


By: _____
         CLAUDE M. STERN

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

DATED: November 16, 2010    CAROLYN HOECKER LUEDTKE
MUNGER, TOLLES & OLSON LLP


By: _____
         CAROLYN HOECKER LUEDTKE

Attorneys for Defendant
PLAYDOM, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Edward M. Chen]*

1   I, Gabriel S. Gross, am the ECF User whose identification and password are being used to
2   file this document.  Pursuant to General Order 45.X.B, I hereby attest that Claude M. Stern and
3   Carolyn Hoecker Luedtke have concurred in this filing.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-                                                    Case No. CV 09-2748 (EMC)